IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO. 7:25-cv-417

| | |
|---|---|
| WILLIAM H. HOLLAND and KATHLEEN HOLLAND, individually, and WILLIAM H. HOLLAND and KATHLEEN HOLLAND, as parents and next friends of J.D.H., J.R.H., and J.H.H., <br><br> Plaintiffs, <br><br> v. <br><br> NEW HANOVER COUNTY; NEW HANOVER COUNTY DEPARTMENT OF SOCIAL SERVICES; NEW HANOVER COUNTY HEALTH AND HUMAN SERVICES; TONYA JACKSON, in both her individual and official capacity as Director of New Hanover County DSS; DONNA FAYKO, in both her individual and official capacity as Health and Human Services Director of New Hanover County; MONA LEIPOLD, in both her individual and official capacity as attorney for New Hanover County DSS; and MARY BETH RUBRIGHT, in both her individual and official capacity as Assistant Director of Social Work for New Hanover County DSS; <br><br> Defendants. | **NOTICE OF REMOVAL** <br><br> **(28 U.S.C. § 1446)** |

NOW COME Defendants New Hanover County; New Hanover County Department of Social Services; New Hanover County Health and Human Services; Tonya Jackson,[1] in her official capacity; Donna Fayko,[1] in her official capacity; Mona Liepold,[1] in her official capacity; and Mary Beth Rubright,[1] in her official capacity (hereinafter collectively "County Defendants"), by and through undersigned counsel, pursuant to 28 U.S.C. § 1446(b)(1), and hereby give NOTICE OF REMOVAL of the above-captioned action, as provided by Title 28, United States

---

[1] The undersigned represents the individually named Defendants in their official capacities only.

Code, Chapter 89, to the United States District Court for the Eastern District of North Carolina, from the General Court of Justice, Superior Court Division, New Hanover County, North Carolina, where the action is now pending.. In support hereof, the County Defendants hereby state the following:

1. The above-captioned action was commenced in the General Court of Justice, Superior Court Division, New Hanover County, State of North Carolina, and is now pending in that court. County Defendants first received a copy of the initial pleading on Thursday, February 27, 2025.[2] Thus, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

2. The United States District Court has jurisdiction by reason of 28 U.S.C. §§1441 and 1443 in that the action arose, and Plaintiffs have based certain claims for relief against County Defendants, by virtue of and under the United States Constitution, and provisions of federal law, including 42 U.S.C. § 1983.

3. Plaintiffs instituted the present action on February 4, 2025, by filing a Complaint in the New Hanover County General Court of Justice, Superior Court Division.

4. A copy of all known process, pleadings, and orders are filed with this notice. See Exhibit A.

5. Defendants will give written notice of the filing of this notice to Plaintiff as required by 28 U.S.C. §1446(d). See Exhibit B.

6. A copy of this notice will be filed with the Clerk of Superior Court of New Hanover County, North Carolina, as required by 28 U.S.C. §1446(d).

---

[2] Plaintiffs did not properly serve County Defendants, as contemplated under Rule 4 of the Federal and State Rules of Civil Procedure, but nonetheless provided them with a copy as contemplated under 28 U.S.C. § 1446(b)(1).

2

WHEREFORE, County Defendants hereby request that this action proceed in this Court as an action properly removed thereto.

This the 12th day of March, 2025.

SUMRELL SUGG, P.A.
*Attorneys for Defendants New Hanover County; New Hanover County Department of Social Services; New Hanover County Health and Human Services; Tonya Jackson, in her official capacity; Donna Fayko, in her official capacity; Mona Liepold, in her official capacity; and Mary Beth Rubright, in her official capacity*

BY:   /s/Frederick H. Bailey, III
State Bar No. 36603
E-mail: fbailey@nclawyers.com
Post Office Drawer 889
New Bern, North Carolina 28563
Telephone: (252) 633-3131
Fax: (252) 633-3507

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the forgoing **NOTICE OF REMOVAL** was electronically filed with the Clerk of Court using the CM/ECF System which will provide electronic notice to:

| | |
|---|---|
| Colin J. Tarrant, Esq. | Jamie S. Getty |
| ctarrant@bcklawfirm.com | jamie@portcityattorney.com |
| Block, Crouch, Keeter, Behm, & Sayed, LLP | Pettijohn & Getty, LLP |
| 310 North Front Street | 1022 Grandiflora Drive, Suite 160 |
| Wilmington, North Carolina 28401 | Leland, North Carolina 28451 |
| *Attorney for Plaintiffs* | *Attorney for Plaintiffs* |

The foregoing document was additionally served upon the following defendants, in their individual capacities, by depositing the same in a postpaid wrapper in an official depository under the exclusive care and custody of the United States Postal Service, New Bern, North Carolina, and addressed to:

Tonya Jackson
tjackson@nhcgov.com
1650 Greenfield Street
Wilmington, North Carolina 28401
Telephone: (910) 798-3500

Mona Leipold
mleipold@nhcgov.com
1650 Greenfield Street
Wilmington, North Carolina 28401
Telephone: (910) 798-3500

Donna Fayko
dfayko@nhcgov.com
1650 Greenfield Street
Wilmington, North Carolina 28401
Telephone: (910) 798-3500

Mary Beth Rubright
mrubright@nhcgov.com
1650 Greenfield Street
Wilmington, North Carolina 28401
Telephone: (910) 798-3500

This the 12th day of March, 2025.

        SUMRELL SUGG, P.A.
*Attorneys for Defendants New Hanover County; New Hanover County Department of Social Services; New Hanover County Health and Human Services; Tonya Jackson, in her official capacity; Donna Fayko, in her official capacity; Mona Liepold, in her official capacity; and Mary Beth Rubright, in her official capacity*

BY:   */s/Frederick H. Bailey, III*

        State Bar No. 36603
        E-mail: fbailey@nclawyers.com
        Post Office Drawer 889
        New Bern, North Carolina 28563
        Telephone: (252) 633-3131
        Fax: (252) 633-3507

LSS173045