IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION FILE NO. 7:25-cv-417

| | |
|---|---|
| WILLIAM H. HOLLAND, and KATHLEEN HOLLAND, individually; and WILLIAM H. HOLLAND and KATHLEEN HOLLAND as parents and next friends of J.D.H., J.R.H., and J.H.H., <br><br> Plaintiffs, <br><br> vs. <br><br> NEW HANOVER COUNTY; TONYA JACKSON, in both her individual and official capacity as Director of New Hanover County DSS; DONNA FAYKO, in both her individual and official capacity as Health and Human Services Director of New Hanover County; MONA LEIPOLD, in both her individual and official capacity as attorney for New Hanover County DSS; and MARY BETH RUBRIGHT, in both her individual and official capacity as Assistant Director of Social Work for New Hanover County DSS, <br><br> Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br> **Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiffs William H. Holland and Kathleen Holland ("Plaintiffs"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure hereby voluntarily dismiss, without prejudice, the negligence claims against NHC only, including the First, Second, Third, Sixth, Seventh, and Thirteenth claims against the named individuals in their official capacities only, as official capacity claims are imputed to NHC, as well as the Fourth and Fifth claims against NHC.

The following allegations and claims as set forth in the Amended Complaint remain unchanged and pending before the Court:

1. The First, Second, Third, Sixth, Seventh and Thirteenth negligence-based claims against Defendants Jackson, Fayko, Rubright and Leipold in their individual capacities only;

2. The Eighth Claim for Relief for Deprivation of Rights under 42 U.S.C. § 1983 against Defendants Jackson, Fayko, Rubright, and Leipold;

3. The Ninth Claim for Relief for Deprivation of Rights under 42 U.S.C. § 1983 against Defendant NHC;

4. The Tenth Claim for Relief under 42 U.S.C. § 1983 for Violation of Equal Protection against All Defendants;

5. The Eleventh Claim for Relief for Civil Conspiracy against All Defendants; and

6. The Twelfth Claim for Relief for Intentional Infliction of Emotional Distress against All Defendants.

Dated: September 25, 2025.

          BLOCK, CROUCH, KEETER, BEHM & SAYED, LLP

          By: /s/ Colin J. Tarrant
             Colin J. Tarrant
             N.C. State Bar No. 35603
             Post Office Box 4
             Wilmington, NC  28402
             Telephone: (910) 763-2727
             Facsimile:  (910) 726-1498
             ctarrant@bcklawfirm.com

          PETTIJOHN & GETTY, PLLC

          By: /s/ Jamie S. Getty
             Jamie S. Getty
             N.C. State Bar No. 40849
             1014-B Grandiflora Drive
             Leland, NC 28451
             Telephone: (910) 910-9010 x 558
             Facsimile:  (910) 679-6016
             jamie@portcityattorney.com
             *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

This is to certify the undersigned has this day:

[X[ Electronically filed this **NOTICE OF VOLUNTARY DISMISSAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following via email:

Frederick Bailey, III
Sumrell Sugg
416 Pollock St
New Bern, NC 28560

W. John Cathcart, Jr.
Madeleine B. Goldman
Brown, Crump & Tierny, PLLC
801 Oberlin Road, Suite 330
Raleigh, NC 27605

Patrick Flanagan
Cranfill Sumner LLP
2901 Providence Road, Suite 200
Charlotte, NC 28211

BLOCK, CROUCH, KEETER, BEHM & SAYED, LLP

By: /s/ Colin J. Tarrant
Colin J. Tarrant
N.C. State Bar No. 35603
Post Office Box 4
Wilmington, NC 28402
Telephone: (910) 763-2727
Facsimile: (910) 726-1498
ctarrant@bcklawfirm.com

PETTIJOHN & GETTY, PLLC

By: /s/ Jamie S. Getty
Jamie S. Getty
N.C. State Bar No. 40849
1014-B Grandiflora Drive
Leland, NC 28451
Telephone: (910) 910-9010 x 558
Facsimile: (910) 679-6016
jamie@portcityattorney.com

*Attorneys for Plaintiffs*

4